# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-00073-01-CR-W-GAF |
| | ) |
| VICTOR M. CUEVAS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 5, 2019, the Grand Jury returned a two-count Indictment charging Defendant Victor M. Cuevas with two counts of being a felon in possession of a firearm (both a Class C felony).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Emily A Morgan
        Case Agent: Tyree J. Koerner, ATF
    Defense: Carie Allen

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 5-10 without stipulations
    Defendant: 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 50-75 exhibits
    Defendant: approximately 10-15 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 1 ½ - 2 days total**
　　Government's case including jury selection: 1 ½ -2 day
　　Defendant: 1/2 day

**STIPULATIONS**: Discussion ongoing.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

　　Witness and Exhibit List
　　　　Government: Due on or before November 19, 2019.
　　　　　　Proposed Witness List filed November 12, 2019.
　　　　Defendant: Due on or before November 19, 2019.

　　**Counsel are requested to list witnesses in alphabetical order on their witness list.**

　　**Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before November 27, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

　　**Motion in Limine: One or more parties anticipate filing motions in limine. Due on or before November 27, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for December 2, 2019.

　　**Please note:** The Government requests the second week of the docket. Defense has no objection to the second week.

　　**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lajuana M. Counts*
　　　　　　　　　　　　　　　　　　　　　　　　LAJUANA M. COUNTS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE