# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-00073-01-CR-W-GAF |
| ) | |
| VICTOR M. CUEVAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 14, 2020, Defendant appeared pursuant to Fed.R.Crim.P. 11, Local Rule 72(b)(1)(J) and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to Count Two of the Superseding Indictment before United States Magistrate Judge Lajuana M. Counts. On February 14, 2020, Judge Counts issued her Report and Recommendation (Doc. #36). Objections were due on or before February 28, 2020. No objections were filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

                                                                            s/ Gary A. Fenner
                                                                            GARY A. FENNER, JUDGE
                                                                            UNITED STATES DISTRICT COURT

DATED: March 2, 2020